# MEMORANDUM

**DATE:** February 17, 2004

**TO:** Deputy Clerk
Miscellaneous Business Docket

**FROM:** Nancy M. Rojas
Financial Litigation Case Manager
Financial Litigation Unit
U.S. Attorney's Office

**RE:** U.S. v. RACHEL J. LEVY

Attached is a certified copy of the above Judgment that was entered in Middlesex County Superior Court.

Please register the Judgment in this district; issue an MBD Number; annotate the MBD number on the bottom of this form; and return this form to my attention. The judgment debtor presently resides at 190 Maplewood Street, Watertown, MA 02472.

Please note that pursuant to 28 U.S.C. § 1963, the United States no longer has to file a CIV 101 with its request to register a judgment; we just need to file a certified and attested copy of the judgment.

If you have any questions, please contact me at (617) 748-3288. Thank you for your attention to this matter.

Attachment

**MBD No.** 04 MBD 10062

**Dated:** 2/26/04

## Commonwealth of Massachusetts
### County of Middlesex
### The Superior Court

CIVIL DOCKET# MICV2002-00240

Sallie Mae Servicing, L.P.
vs.
Rachel J. Levy



### JUDGMENT BY DEFAULT UPON REQUEST TO THE CLERK
### MASS. R. CIV. P. 55(B)1

Pursuant to Mass. R. Civ. P. 55(b)(1) upon request of the plaintiff and upon affidavits duly filed by said plaintiff (s), in the above entitled action,

It is hereby **ORDERED**:

Judgment for the plaintiff, Sallie Mae Servicing, L.P. on default of the defendant Rachel J. Levy for failure to plead or otherwise defend against the complaint, in the sum of **$41,152.62** with costs.

Dated at Cambridge, Massachusetts this 29th day of May, 2002.

Edward J. Sullivan,
Clerk of the Courts

By: ..................................
Assistant Clerk

---

MIDDLESEX. ss.   **Commonwealth of Massachusetts**
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT

In testimony that the foregoing is a true copy on file and of record made by photographic process, I hereunto set my hand and affix the seal of said Superior Court this fifth day of September 2002.

Theresa M D'Alba
Deputy        Assistant Clerk

Entered 30 May 2002

cvddfl55bl_1.wpd 2146010 inidoc01 daymatt

**Sallie Mae Servicing**
PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

CLERK OF CT MIDDLESEX SUP CT
40 THORNDIKE ST
CAMBRIDGE          MA   02141-1715

ACCOUNT NUMBER: 1050720797601

Dear CLERK OF CT MIDDLESEX SUP CT,                        10/21/02

## ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $40,014.84, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 05/29/02, docketed in MIDDLESEX, Case No. MICV2002-00240,
against RACHEL J LEVY, 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-1, for
$40,014.84 (amount of judgment, indicating treatment of interest,
court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is: P.O. Box 9400,
Wilkes-Barre, PA 18733-9400. Phone: (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD 20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the 21ST of OCTOBER, 2002.

_Diane E Klinges_
(Signature)

Sworn before me this ___ day of _____, 20__.

_Diane E Klinges_         Affiant _X_ is known to me personally
                                  ___ provided valid identification
                          Type of identification provided:

My commission expires _____.  _____
                                NOTARIAL SEAL
                                NANCY A. SBORZ, Notary Public
                                Hanover Twp., Luzerne County
                                My Commission Expires April 7, 2003

PHONE (800) 251-4127  •  FAX (800) 848-1949  •  TDD/TTY (888) 833-7562  •  24 HRS/7 DAYS

1057297615624519B

L100    LPDEK1    4880