UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>RACHEL J. LEVY<br>        Defendant,<br><br>        *and*<br><br>BOSTON UNIVERSITY SCHOOL<br>OF MEDICINE<br>        Garnishee. | )<br>)<br>)<br>)<br>)   04-MBD-10062<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**APPLICATION FOR WRIT OF CONTINUING GARNISHMENT**

Pursuant to 28 U.S.C. § 3205(b)(1), the Federal Debt Collection Procedures Act, the Plaintiff, United States of America, petitions the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon wages, which Boston University School of Medicine, located at Division of Medical Science, 715 Albany Street, M6, Boston, MA is believed to disburse to the Defendant, Rachel J. Levy (hereinafter "Levy") to satisfy a $49,565.90 judgment entered against Levy.

In support, the United States says:

    1.    On February 26, 2004, a $49,565.90 judgment was entered against Levy, social security number 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, last known address of 140 Lowell Street, Apt. 1, Waltham, MA in the United States District Court for the District of Massachusetts.

    2.    Levy is indebted to the United States for the judgment amount of $49,565.90; plus accrued interest at the rate of 1.23 percent per annum. The total balance as of November 19, 2004 is $50,010.65.

3.	The United States made demand for payment of the aforementioned debt upon Levy not less than 30 days prior to the date of this Application, and Levy has failed to satisfy the debt.

4.	The United States believes the Garnishee, Boston University School of Medicine, disburses wages to Levy, and that Levy has a substantial nonexempt interest in such wages.

WHEREFORE, the United States of America petitions the Clerk of the United States District Court to issue a Writ of Garnishment upon wages, which Boston University School of Medicine is believed to disburse to Levy, to satisfy the $49,565.90 judgment entered against Levy on February 26, 2004.

> Respectfully submitted,
>
> UNITED STATES OF AMERICA
> By its attorneys
>
> MICHAEL J. SULLIVAN
> United States Attorney

By:

> /s/ Christopher R. Donato
> CHRISTOPHER R. DONATO
> Assistant U.S. Attorney
> 1 Courthouse Way, Suite 9200
> Boston, MA  02210
> (617) 748-3303

November 24, 2004