UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 04-MBD-10062 |
| RACHEL J. LEVY | ) | |
|     Defendant, | ) | |
| | ) | |
|     *and* | ) | |
| | ) | |
| BOSTON UNIVERSITY SCHOOL | ) | |
| OF MEDICINE | ) | |
|     Garnishee. | ) | |

CERTIFICATION OF SERVICE OF DOCUMENTS

The Plaintiff, United States of America, certifies that on the date set forth below the Defendant, Rachel J. Levy, last known address of 140 Lowell Street, Apt. 1, Waltham, MA 02453, was served by certified mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.

2. Copy of Writ of Continuing Garnishment with attached Claim of Exemptions Form.

3. Clerk's Notice of Garnishment.

4. Notice of Garnishment and Instructions.

The United States of America further certifies that on the date set forth below, the Garnishee, Boston University School of Medicine, Division of Medical Science, 715 Albany Street, M6, Boston, MA 02118, was served by certified mail the following documents:

1. Copy of Application For Writ of Continuing Garnishment.
2. Writ of Continuing Garnishment with attached Claim of Exemptions Form.
3. Answer of the Garnishee and accompanying instructions.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Christopher R. Donato
       CHRISTOPHER R. DONATO
       Assistant U.S. Attorney
       1 Courthouse Way, Suite 9200
       Boston, MA  02210
       (617) 748-3303

Date:  December 8, 2004