UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>)<br>v. )<br>)<br>RACHEL J. LEVY )<br>       Defendant, )<br>)<br>       and )<br>)<br>BOSTON UNIVERSITY SCHOOL )<br>OF MEDICINE )<br>       Garnishee. ) | 04-MBD-10062 |

## ANSWER OF THE GARNISHEE

__Susan Janssen_____, being duly sworn deposes and says:
    (Affiant)


IF GARNISHEE IS AN INDIVIDUAL:

    That he/she is Garnishee herein doing business in the name

of _____.
    (State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

    That he/she is a member of _____, a partnership which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

    That ~~he~~/she is the __Payroll Manager of__ (State Official Title) of Garnishee, __Trustees of Boston University__

a corporation, organized under the laws of the State of __Massachusetts__

On __01-13-05__, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

Yes     No

 X      ___

1. Defendant was in my/our employ.

2. Pay period is ___ weekly, ___ bi-weekly ___ semi-monthly, XX monthly.

   Enter date present pay period began.   __01-01-05__.

(Present means the pay period in which this order and notice of garnishment were served)

   Enter date above pay period ends.   __01-31-05__.

3. Enter amount of net wages. Calculate below:

   (a) Gross Pay                         $  5,590.00
   
   (b) Federal income tax                $  1,112.64
   
   (c) F.I.C.A. income tax               $    440.05
   
   (d) State income tax                  $    281.54
   
       Total of tax withholdings         $  1,834.23
   
       Net Wages                         $  3,755.77
       (a less total of b,c,d)

4. Have there been previous garnishments in effect?   Yes ___   No  X

   If the answers is yes, describe below.

   _____

   _____

5.  The Garnishee has custody, control, or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. N/A | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

Garnishee anticipates owing to the judgment-debtor in the future the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ 5,590.00 | 02-28-05 |
| 2. $ 5,590.00 | 03-31-05 |
| 3. $ 5,590.00 | 04-30-05 |
| 4. $ 5,590.00 | 05-31-05 |

If you deny that you hold property subject to this order of garnishment, check the applicable line below.

___  The Garnishee makes the following claim of exemption on the part of Defendant:_____

_____.

___  The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:  _____

_____. The Garnishee was then in no manner and upon no account

indebted or under liability to the Defendant, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to: (1) Rachel J. Levy, 140 Lowell Street, Apt. 1, Waltham, MA 02453; and (2) Christopher R. Donato, Assistant U.S. Attorney, 1 Courthouse Way, Suite 9200, Boston, MA 02210.   Trustees of Boston University

By: _____
Garnishee   Susan Janssen
            Manager of Payroll

Subscribed and sworn to before me this __16__ day of ~~January~~ April, 2005 _____.

_____
Notary Public

My Commission expires:

JOSEPH J. LANIA, JR.
Notary Public
Commonwealth of Massachusetts
My Commission Expires Apr 11, 2008

**MASSACHUSETTS ALL-PURPOSE ACKNOWLEDGMENT**  Gov. Exec. Ord. #455 (03-13), §5(d)

Commonwealth of Massachusetts  
County of _Suffolk_ } ss.

On this the ___ day of _March_, ____, before me,
            Day                Month                 Year

_____, the undersigned Notary Public,
     Name of Notary Public

personally appeared _____,
                             Name(s) of Signer(s)

proved to me through satisfactory evidence of identity, which was/were

_____,
        Description of Evidence of Identity

to be the person(s) whose name(s) is/are signed on the preceding or attached document, and acknowledged to me that he/she/they signed it voluntarily for its stated purpose(.)

☐ as partner(s) for _____
                           Name of Partnership

_____, a partnership.

☐ as _____ for
       Title of Office

_____, a corporation.
   Name of Corporation

☐ as attorney in fact for _____
                          Name of Principal Signer

_____, the principal.

☐ as _____ for _____
      Type of Capacity

_____, a/the _____
  Name of Person/Entity                Type of Entity

_____
Signature of Notary Public

_____
Printed Name of Notary

Place Notary Seal and/or Any Stamp Above   My Commission Expires _____

──────────── OPTIONAL ────────────

Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| Right Thumbprint of Signer |
|---|
| Top of thumb here |

© 2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org
Item No. 5951                    Reorder: Call Toll-Free 1-800-US NOTARY (1-800-876-6827)