UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>        Plaintiff,     )<br>                          )<br>        v.                )<br>                          )<br>RACHEL J. LEVY,            )<br>        Defendant,    )<br>                          )<br>        and            )<br>                          )<br>BOSTON UNIVERSITY SCHOOL  )<br>OF MEDICINE,            )<br>        Garnishee.     )| 04-cv-10062- RGS |

## **ORDER**

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Boston University School of Medicine, is to disburse 20% percent of Rachel J. Levy's wages after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, Attn.: USAO # 2004Z00030 - Rachel J. Levy, until Rachel J. Levy's $49,565.90 judgment debt; plus 1.23% percent interest per annum on the principal amount as of the date of judgment; plus costs, is satisfied.

APPROVED:                                         SO ORDERED:

_____            _____
UNITED STATES DISTRICT JUDGE           DEPUTY CLERK
                                                            UNITED STATES DISTRICT COURT

DATED: