UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>RACHEL J. LEVY,<br>　　　　Defendant,<br><br>　　and<br><br>BOSTON UNIVERSITY SCHOOL<br>OF MEDICINE,<br>　　　　Garnishee. | 04-cv-10062- RGS |

## ORDER

Pursuant to 28 U.S.C. § 3205(c)(7), the Garnishee, Boston University School of Medicine, is to disburse 20% percent of Rachel J. Levy's wages after all deductions required by law, excluding retirement deductions, to the Department of Justice, c/o United States Attorney's Office, 1 Courthouse Way, Suite 9200, Boston, MA 02210, Attn.: USAO # 2004Z00030 - Rachel J. Levy, until Rachel J. Levy's $49,565.90 judgment debt; plus 1.23% percent interest per annum on the principal amount as of the date of judgment; plus costs, is satisfied.

APPROVED:
_____
UNITED STATES DISTRICT JUDGE

SO ORDERED:
_____
DEPUTY CLERK
UNITED STATES DISTRICT COURT

DATED: 2-25-07.